**Jacqueline HILL, appellant,**

**v.**

**COMMONWEALTH of Kentucky, appellee.**

Court of Appeals of Kentucky.

Feb. 12, 1954.

Motion to Reconsider, Set Aside and Reverse Denied March 26, 1954.

Davies & Hirschfeld, Newport, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., William J. Wise, Commonwealth's Atty., Newport, for appellee.

**PER CURIAM.**

We are affirming the judgment sentencing the defendant to one year in jail and a $200 fine on a charge of keeping a house of ill fame. The defendant was arrested legally and the Campbell Circuit Court had jurisdiction to try her and we find no other error prejudicial to her substantial rights.

The motion for an appeal is overruled and the judgment is affirmed.